

IT IS SO ORDERED AS MODIFIED

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| MAUREEN THOMPSON, *an individual, on behalf of herself and all others similarly situated*,<br>　　　　　Plaintiff,<br>v.<br>T-MOBILE USA, INC., DANGER, INC. and MICROSOFT CORPORATION,<br>　　　　　Defendants. | Case No: 09-cv-04854-JW (PVT)<br><br>[proposed]<br>ORDER RELATING CASES<br><br>[Civil L.R. 3-12] |
| ELI MAPSTEAD<br>　　　　　Plaintiff<br>v.<br>T-MOBILE USA, INC., DANGER, INC and MICROSOFT CORPORATION<br>　　　　　Defendants. | Case No: 09-cv-04901- JW |
| DERIKA MOSES<br>　　　　　Plaintiff<br>v.<br>T-MOBILE USA, INC., DANGER, INC and MICROSOFT CORPORATION<br>　　　　　Defendants | Case No: 09-cv-05901-HRL |

**ORDER RELATING CASES** - 1 -

| | |
|---|---|
| MARY PEITLER<br>    Plaintiff<br>v.<br><br>T-MOBILE USA, INC.<br>    Defendant. | Case No: 09-cv-05973-PVT |
| LISA MARINARO AND NICOLE MARINARO<br>    Plaintiffs<br>v.<br><br>T-MOBILE USA, INC. and MICROSOFT CORPORATION<br>    Defendants. | Case No: 09-cv-05974-RS |
| OREN ROSENTHAL<br>    Plaintiff<br>v.<br><br>T-MOBILE USA, INC.<br>    Defendant | Case No: 09-cv-05975-HRL |

Pursuant to the ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED filed by Interested Party ELI MAPSTEAD ("MAPSTEAD," plaintiff in related case No. 09-cv-04901- JW (PVT)) and good cause appearing, the undersigned finds that the above-captioned cases are related within the meaning of Civil Local Rule 3-12.

IT IS HEREBY ORDERED, that the above-captioned cases be administratively related before Judge James Ware under case number 09-cv-04854-JW (PVT).

IT IS SO ORDERED.

On **February 8, 2010 at 10 a.m.**, the parties in all cases shall appear for a Case Management Conference. On or before J**anuary 29, 2010**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' positions on whether the cases should be consolidated, and a proposed schedule as to how the case should proceed. Until further Order of the Court, all filing shall be posted in the respective cases.

Dated: January 7, 2010

_____
JAMES WARE
United States District Judge